M/D 1

IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2025 APR -8 A 11:41

PROF. MICHAEL D. WILLIAMS, pro Se,
Full name and prison name of
Plaintiff(s)

v.

CIVIL ACTION NO. 2:25-cv-266-WKW-CWB
(To be supplied by Clerk of U.S. District Court)

J.F. INGRAM STATE TECH. COLLEGE;
ANNETTE FUNDERBURK;
JOHN/JANE DOE; DEIDRE PREVO;
MELANIE LASSIC; WARDEN CALLOWAY;
WARDEN P. HARRIS;
CONTINUE ON ATTACHED SHEET
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____ N/A _____

         Defendant(s) _____ N/A _____

      2. Court (if federal court, name the district; if state court, name the county)
         _____ N/A _____

(PG. 1)

Continuation/Attached Sheet   (Pg. 2)

Name of person(s) who violated your constitutional rights. (List the names of all the person). These defendants are being sued in their individual, official, and personal capacities while acting under color of law.

Warden Brown; Warden Crow; Ms. Andersen; John Hamm; Governor Kay Ivey; Jefferson Dunn; Ala. Dept. of Corrections; Captain Nolan; (Additional Defendants will be listed later); Sgt. Brian Hunt; Ray Albright...

## THE DEFENDANTS

#1). ISTC, owned the school-bus(es) and main camps to which all the violations occurred. ISTC knew and/or should have known that their school bus(es) and main campus was in violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act;

#2). Annette Funderburk, is the President of ISTC. Mrs. Funderburk as ISTC President, knew and/or should have known that ISTC school bus(es) and main campus was in violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act;

— Cont. on Attached Sheet —

CONTINUATION/ATTACHED SHEET                                         (PG. 3)
  THE DEFENDANTS

#3). John Doe, is Chancellor, Department of Postsecondary Education. As Chancellor, John Doe knew and/or should have known that ISTC school bus(es) and main campus was in violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act;

#4). Jane Doe, is Chancellor, Department of Postsecondary Education. As Chancellor, Jane Doe knew and/or should have known that ISTC school bus(es) and main campus was in violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act;

#5). Deidre Prevo, is the statewide ADA Coordinator. Prevo knew and/or should have known that ISTC school bus(es) and main campus was in violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, and because of such should not have allowed inmates with disabilities, especially those with wheelchairs, walkers, etc., to get on ISTC school bus(es) nor attend ISTC main campus;

— CONTINUE ON ATTACHED SHEET —

CONTINUATION/ATTACHED SHEET (PG. 4)
    THE DEFENDANTS

#6). MELANIE LASSIC, IS THE ELMORE CF ADA COORDINATOR. LASSIC KNEW AND/OR SHOULD HAVE KNOWN THAT ISTC SCHOOL BUS(ES) AND MAIN CAMPUS WAS IN VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT, AND BECAUSE OF SUCH SHOULD NOT HAVE ALLOWED INMATES AT THE ELMORE CF WITH DISABILITIES, ESPECIALLY THOSE WITH WHEELCHAIRS, WALKERS, ETC., TO GET ON ISTC SCHOOL BUS(ES) NOR ATTEND ISTC MAIN CAMPUS;

#7). WARDEN CALLOWAY, IS THE PERSON WHO APPROVED FOR PLAINTIFF TO GET ON ISTC SCHOOL BUS(ES) AND MAIN CAMPUS. WARDEN CALLOWAY KNEW AND/OR SHOULD HAVE KNOWN THAT ISTC SCHOOL BUS(ES) AND MAIN CAMPUS WAS IN VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT, AND BECAUSE OF SUCH SHOULD NOT HAVE APPROVED INMATES WITH DISABILITIES, ESPECIALLY THOSE WITH WHEELCHAIRS, WALKERS, ETC., TO GET ON ISTC SCHOOL BUS(ES) NOR ATTEND ISTC -- MAIN CAMPUS;

#8). WARDEN P. HARRIS, IS WARDEN II AT THE ELMORE CF. WARDEN P. HARRIS KNEW AND/OR SHOULD HAVE KNOWN THAT ISTC SCHOOL BUS(ES) AND MAIN CAMPUS WAS IN VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT AND NOT PERMIT INMATES WITH DISABILITIES TO ATTEND SUCH.

-- CONTINUATION ON ATTACHED SHEET --

CONTINUATION / ATTACHED SHEET           (PG. 5)
  THE DEFENDANTS

#9). JOHN HAMM, IS THE ADOC PRISON COMMISSIONER. DEFENDANT HAMM KNEW AND/OR SHOULD HAVE KNOWN THAT ISTC SCHOOL BUS(ES) AND MAIN CAMPUS WAS IN VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT;

#10). GOVERNOR KAY IVEY, IS THE GOVERNOR OF THE STATE OF ALABAMA. DEFENDANT IVEY KNEW AND/OR SHOULD HAVE KNOWN THAT ISTC SCHOOL BUS(ES) AND MAIN CAMPUS WAS IN VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT;

#11). JEFFERSON DUNN, IS FORMAL ADOC PRISON COMMISSIONER. DEFENDANT DUNN KNEW AND/OR SHOULD HAVE KNOWN THAT ISTC SCHOOL BUS(ES) AND MAIN CAMPUS WAS IN VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT;

#12). CURTIS NOLEN, IS A CAPTAIN AT THE ELMORE CORRECTIONAL FACILITY. DEFENDANT NOLEN KNEW AND/OR SHOULD HAVE KNOWN THAT ISTC SCHOOL BUS(ES) AND MAIN CAMPUS WAS IN VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT AND SECTION 504 OF THE REHABILITATION ACT;..

#13). OTHER DEFENDANTS ("MEDICAL PERSONS") WILL BE LISTED LATER...
        — CONTINUE ON ATTACHED SHEET —

Continuation/Attached Sheet  (PG. 6)
   The Defendants

#14). John Crow, is Warden at the Elmore CF. Defendant Crow knew and/or should have known that ISTC School Bus(es) and Main Campus was in violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act and not permit inmates with disabilities to attend such campus nor have to ride on such School Bus(es).

#15). Ms. Andersen, was my Classification Official at Elmore CF. Defendant Andersen knew and/or should have known that ISTC School Bus(es) and Main Campus was in violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act and not permit inmates with disabilities to attend such campus nor have to ride on such School Bus(es).

#16). Ray Albright serves as an Instructor at ISTC.

#17). Sgt. Brian Hunt serves as an "ADOC Supervisor" at ISTC (i.e. "Security").

Note: Ray Albright and Sgt. Brian Hunt took my legal letter and legal documents, then keeping them, in an effort to stop me from reporting ADA-violations to ADA-Attorneys about the School Bus(es) and Main Campus, etc...

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __ELMORE CORRECTIONAL FACILITY__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __ELMORE CORR. FAC.;__ __J.F. INGRAM STATE TECHNICAL COLLEGE ("ISTC" HEREINAFTER)__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | ISTC | 5375 INGRAM Rd. — DEATSVILLE, AL 36022 |
| 2. | ANNETTE FUNDERBURK | 5375 INGRAM Rd. — DEATSVILLE, AL 36022 |
| 3. | JOHN DOE | ADDRESS UNKNOWN |
| 4. | JANE DOE | ADDRESS UNKNOWN |
| 5. | DEIDRE PREVO | 301 So. RIPLEY STREET — MONT., ALA. 36130-1501 |
| 6. | CONTINUE ON ATTACHED SHEET → | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __FROM MARCH 1st, 2024 ON THRU TO AUG. 2024 A TOTAL OF FIVE (5) MONTHS...__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I WAS SUBJECTED TO CRUEL AND UNUSUAL DISCRIMINATION AND PUNISHMENT, PAIN AND SUFFERING, HUMILIATION (CONT. ON ATTACHED SHEET → (PG. "9")

(PG. 7)

Continuation / Attached Sheet                                (PG. 8)

III. Name and Address of Individual(s) You Alleged Violated Your Constitutional Rights.

| NAME | ADDRESS |
|---|---|
| 6. Melanie Lassic | 3520 Marion Spillway Rd. — Elmore, AL 36025 |
| 7. Warden Calloway | Address Unknown |
| 8. Warden P. Harris | 3520 Marion Spillway Rd. — Elmore, AL 36025 |
| 9. Warden Brown | 3520 Marion Spillway Rd. — Elmore, AL 36025 |
| 10. Warden Crow | 3520 Marion Spillway Rd. — Elmore, AL 36025 |
| 11. Ms. Andersen | 3520 Marion Spillway Rd. — Elmore, AL 36025 |
| 12. John Hamm | 301 So. Ripley Street — Mont., Ala 36130-1501 |
| 13. Kay Ivey | State Capitol Rm N-104 600 Dexter Ave. — Mont., AL 36130 |
| 14. Jefferson Dunn | 301 So. Ripley Street — Mont., Ala 36130-1501 |
| 15. Ala. Dept. of Corr. | 301 So. Ripley Street — Mont., Ala. 36130-1501 |
| 16. Capt. Nolan | 3520 Marion Spillway Rd. — Elmore, Ala. 36025 |
| 17. Ray Albright | ISTC - 5375 Ingram Rd. — Deatsville, Ala. 36022 |
| 18. Sgt. Brian Hunt | "Frank Lee Work Center" — Deatsville, Ala. 36022 |

Note: The "Frank Lee Work Center" is right next to the main campus of ISTC...

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

EVERY SCHOOL DAY, FOR FIVE (5) MONTHS, FROM MARCH 1, 2024 TIL AUG., 2024 I HAD TO BOTH LIFT AND CARRY 'MY WHEELCHAIR' UP AND DOWN FOUR (4) VERY STEEP-STEPS GETTING ON AND OFF ISTC SCHOOL-BUS(ES), CAUSING INJURY TO MY SHOULDERS, BACK, HIPS, NECK, ETC. — SAID SCHOOL BUS(ES) WAS NOT EQUIPPED WITH 'WHEELCHAIR LIFT/RAMP, ETC.' TO SERVICE THOSE WITH DISABILITIES;

GROUND TWO: I WAS DISCRIMINATED AGAINST DUE TO MY HAVING A DISABILITY... ISTC MAIN CAMPUS HAD NO RAMP NOR RAMP-LIKE STRUCTURES GIVING THOSE WITH DISABILITIES ACCESS TO BUILDINGS, PROGRAMS, ETC...

SUPPORTING FACTS: ON JULY 18, 2024 I WAS NOT PERMITTED TO ATTEND A PROGRAM AND ENJOY REFRESHMENTS, ETC. WITH MY OTHER CLASSMATES BECAUSE THE GUEST SPEAKER (i.e. 'MR. M J BRIDGES') HIS EVENT WAS HELD DOWNSTAIRS AND NOT WHEELCHAIR ACCESSIBLE. THE DEFENDANTS KNEW AND/OR SHOULD HAVE KNOWN THAT ISTC SCHOOL BUS(ES) AND MAIN CAMPS WERE NOT WHEELCHAIR ACCESSIBLE...

GROUND THREE: BOTH MY SHOULDERS, ESPECIALLY MY LEFT-SHOULDER, BOTH HIPS, NECK, AND BACK HAS BEEN INJURED AS A RESULT OF MY HAVING TO PICK UP AND CARRY MY WHEELCHAIR ON/OFF SAID SCHOOL BUS(ES) FOR 5 MONTHS.

SUPPORTING FACTS: ON AUG. 16, 2024 'DR. BOROWICZ, MD' ORDERED FOR ME TO BE GIVEN A 'MEDICAL PROFILE' (i.e. 'ADOC HEALTH SERVICE COMMUNICATION FORM') STATING FOR ME NOT TO LIFT ANYTHING GREATER THAN 'TEN (10) POUNDS'. MY INJURIES ARE THE RESULT OF MY HAVING TO LIFT AND CARRY MY WHEELCHAIR OVER A FIVE (5) MONTH PERIOD, GOING UP AND DOWN THOSE STEEP-STEPS FOUND ON ISTC SCHOOL BUS(ES), AS WELL AS MOVING AROUND WITH MY WHEELCHAIR ON A COLLEGE CAMPUS THAT WAS NOT WHEELCHAIR ACCESSIBLE...

— CONTINUE ON ATTACHED SHEET —

(PG. 9)

Continuation/Attached Sheet

State briefly the facts which support this ground. — (State as best you can the time, place and manner and person involved.)

Ground Four:

Defendants Sgt. Brian Hunt, and, Defendant Ray Albright took my legal mail and legal documents from my carwash-cart (i.e. "Waterless-Carwash System") stopping me from communicating in writing with ADA-Attorneys, and did not nor have not returned my legal mail and legal documents to me (i.e. "the letter was sealed w/ stamp and address envelope.")

Supporting Facts: This incident happen there on the main campus of ISTC... on Aug. 26th, 2024 at approx. 2:05 PM Defendants Sgt. Brian Hunt, and, Defendant Ray Albright took my legal letter w/ legal documents that was addressed going to the "Ala. Disabilities Advocacy Program" and has not nor did not ever return such legal letter and legal documents back to me.

These Defendants took and open my legal mail without me being present, then kept my legal mail/documents and not return to me after these Defendants saw that I was writing ADA-Attorneys and reporting that I'd been injured and discriminated against due to the ISTC School Bus(es) and Main Campus was in violations of ADA and Section 504. Defendants then punished me for writing a legal letter to the ADA-Attorneys and Program

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

#1). I REQUEST A JURY TRIAL;

#2). I REQUEST APPOINTMENT OF ATTORNEY TO REPRESENT ME;

#3). I REQUEST COURT ORDER DEFENDANTS TO PROVIDE ME WITH AN 'MRI' DONE ON MY SHOULDERS, NECK, BACK, HIPS;

(CONTINUE ON ATTACHED SHEET ⟶)

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on APRIL 6th, 2025
             (Date)

_____
Signature of plaintiff(s)

(PG. 10)

Continuation/Attached Sheet                (Pg. 12)

VI. State briefly exactly what you want the court to do for you. Make no legal argument. Cite no cases or statutes.

#4.) Defendants pay me "Compensatory Damages" for my pain and suffering relating to my injuries, specifically my left-shoulder, etc. in the amount of $100,000,000.00;

#5.) Defendants pay me "Punitive Damages" in the amount of $100,000,000.00 due to they acted with reckless and/or callous indifference to my rights, for they knew or should have known that the ISTC school bus(es) and main campus was in violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act which prohibits discrimination on the basis of disability and requires reasonable accommodations be provided by state agencies, etc.;

#6.) Defendants pay me "Future Damages" due to their actions or non-action for five (5) months to which has led to the injuries I suffered reducing my ability to function. Example, to wash and detail vehicles without being in pain...;

#7.) Defendants pay all court fees, taxes, attorney fees, pay for all medical fees, etc. relating to the case now at bar.

## – CERTIFICATE OF SERVICE –

I, Prof. Michael D. Williams No. 133,193 AKA "Professor", do certify that on April 6th, 2025 I did place the listed documents found within the "Letter to the Clerk" in the U.S. Mailbox here at the Elmore Corr. Fac. postage prepaid and correctly addressed going to those found listed below –

To: Debra P. Hackett, Clerk
   United States District Clerks Office
   Frank M. Johnson Jr. US Courthouse Complex
   1 Church St. Ste. B110
   Montgomery, Alabama 36104


Executed on this
6th day of April, 2025

Prof. Michael D. Williams
No. 133,193
Elmore Correctional Fac.
3520 Marion Spillway Rd.
Elmore, Alabama 36025

(Pg. 13)

Prof. Michael D. Williams
No. 133,193    B2-115A
Elmore Correctional Fac.
3520 Marion Spillway Rd.
Elmore, Ala. 36025



To: Debra P. Hackett, Clerk
Frank M. Johnson Jr. U.S. Courthouse Complex
1 Church St. Ste B110
Montgomery, Alabama 36104